IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CASEY E. HOLCOMB, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:08cv60-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of Defendant's unopposed Motion for Extension of Time (Doc. #14), it is

ORDERED that the Motion (Doc. #14) is GRANTED. The Commissioner shall file his brief **on or before September 4, 2008**.

Done this 3rd day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE