IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CASEY E. HOLCOMB, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:08cv60-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the government's Motion to Remand (Doc.# 16), it is

ORDERED that Plaintiff shall have until **on or before** September 9, 2008, to show cause why the motion should not be granted.

Done this 2nd day of September, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE